ACCEPTED
01-18-00414-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/24/2018 11:25 AM
CHRISTOPHER PRINE
CLERK

01-18-00414-CV

**NO. _____**

**IN THE COURT OF APPEALS
_____ JUDICIAL DISTRICT
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/24/2018 11:25:19 AM

CHRISTOPHER A. PRINE
Clerk

_____

**In re  BRANDON SOCIE and ABRIL SOCIE, Relators**

_____

**Original Proceeding From The
165ᵗʰ Judicial District Court
Of Harris County, Texas**

_____

**PETITION FOR WRIT OF MANDAMUS**

_____

Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Telephone:  (713) 960-1921
Telecopier:  (713) 960-1922
 E-mail:  cmc@cammack-law.com

ATTORNEY FOR RELATORS,
BRANDON SOCIE and ABRIL SOCIE

## IDENTITY OF PARTIES AND COUNSEL

1.      The Relators, are Plaintiffs and Judgement Creditors in the trial court. Their trial and appellate counsel is Christopher M. Cammack, Attorney at Law, 7324 Southwest Freeway, Suite 1446, Houston, Texas  77074, phone # 713-960-1921, fax # 713-960-1922, E-mail:  cmc@cammack-law.com.

2.      The Respondent, and Presiding Judge in the trial court, is  URSULA A. HALL, 165th Judicial District Court, Harris County Civil Courthouse, 201 Caroline, 12th Floor, Houston, Texas  77002, phone # 832-927-2365, fax # unknown.

3.       A Real Party In Interest, and Judgment Defendant in the trial court, is KIRBY CONSTRUCTION OF TEXAS, L.L.C. d/b/a UBUILDIT, c/o Registered Agent, Michael Maldonado,  5306 Carefree Drive, League City, Texas  77373, phone # 832-992-9466.

# TABLE OF CONTENTS

IDENTITY OF PARTIES AND COUNSEL…………………………………………….i

TABLE OF CONTENTS……………………………………………………………..ii

INDEX OF AUTHORITIES……………………………………………………iii

STATEMENT OF THE CASE…………………………………………………….1

ISSUE  PRESENTED………………………………………………………...2

    1.  Did the trial court  violate its ministerial duty of considering
       and ruling on a party's Motion, to wit, Relator's Motion to
       Compel Deposition Appearance of Michael W. Maldonado?..................2

STATEMENT OF JURISDICTION………………………………………………….2

STATEMENT OF FACTS……………………………………………………………2

ARGUMENT……………………………………………………………………3

PRAYER……………………………………………………………………...4

CERTIFICATION…………………………………………………………………5

CERTIFICATE OF SERVICE……………………………………………………….5

CERTIFICATE OF COMPLIANCE WITH TRAP 9.4(i)………………………...6

AFFIDAVIT OF EVIDENCE, RELATORS' COUNSEL………………..………7

APPENDIX………………………………………………………………………..8

    Final Judgment………………..…………………………………..App. #1

    Deposition Subpoena, served on witness……………….....................App. #2

Certificate of Non-Appearance………………………………….…..App. #3

Plaintiffs' Motion to Compel Deposition Appearance………………App. #4

Notice of Submission………………………………………...……App. #5

Order Compelling Deposition Appearance ………………………..App. #6

First Amended  Order Compelling Deposition Appearance…………App. #7

Second Amended  Order Compelling Deposition Appearance………App. #8

Third Amended  Order Compelling Deposition Appearance………...App. #9

Summary of Events page, District Clerk's Office…………………..App. #10

## INDEX OF AUTHORITIES

**Cases**

*City of Galveston v. Gray,* 93 S.W.3d 587, 592-93 (Tex. App. –
Houston [14th] 2002, pet. denied)……………………………………………………..3

*In re Birdwell,* 224 S.W.3d 864 (Tex. App. – Waco 2007 no pet.)………………..4

*In re Guetersloh,* 326 S.W.2d 737 (Tex. App. – Amarillo 2010, no pet.)…………4

*In re Molina,* 94 S.W.3d 885 (Tex. App. – San Antonio 2003, no pet.)…………..3

*In re Prudential,* 148 S.W.3d 124, 135-36 (Tex. 2004)……………………………4

*In re Sarkissian,* 243 S.W.3d 860 (Tex. App. – Waco 2008, no pet.)……………..3

*In re Sepeda,* 143 S.W.3d 871 (Tex. App. – El Paso 2004, no pet.)………………3

*In re TDFPS,* 210 S.W.3d 609, 612 (Tex. 2006)……………………………………4

*Walker v. Packer,* 827 S.W.2d 833, 839 (Tex. 1992)……………………………..4

**Rules, Statutes, and Constitutional Provisions**

Tex. Gov't Code § 22.221(b)………………………………………………………1

Tex. R. Civ. P. 621a…………………………………………………………...4

## STATEMENT OF THE CASE

The underlying proceeding, Case No. 2015-70244, is a Deceptive Trade Practices Act case, over the construction of a new residence, that resulted in a Final Judgment in favor of BRANDON SOCIE and ABRIL SOCIE against KIRBY CONSTRUCTION OF TEXAS, L.L.C.

Respondent, URSULA A. HALL, is the presiding judge of the 165th Judicial District Court of Harris County, Texas. The relief which Relator seeks is that the Respondent be ordered to rule upon Relators' Motion to Compel (post-judgment) Deposition Appearance of Michael W. Maldonado, which Motion was on the court's submission docket of November 27, 2017.

## ISSUE PRESENTED

Did the trial court violate its ministerial duty of considering and ruling on a party's Motion, to wit, Relators' Motion to Compel Deposition Appearance of Michael W. Maldonado?

## STATEMENT OF JURISDICTION

Jurisdiction exists pursuant to Tex. Gov't Code § 22.221(b).

1

## STATEMENT OF FACTS

The trial court awarded a Final Judgment to Relators on March 30, 2016 for $118,457.60 in actual damages and $10,000.00 in attorney's fees (Appendix #1).

A member of the Judgment Debtor, KIRBY CONSTRUCTION OF TEXAS, L.L.C. d/b/a UBUILDIT, one Michael Wayne Maldonado, was subpoena'd to appear for post-judgment deposition on July 28, 2017 (Appendix #2), yet Mr. Maldonado did not appear, per the Certificate of Non-Appearance (Appendix #3).

Relators filed a Motion to Compel Deposition Appearance (Appendix #4) and set same for submission on November 27, 2017 (Appendix #5), accompanied by a proposed Order Compelling Deposition Appearance bearing a date certain for the witness to appear for deposition (Appendix #6). However, per the Events summary page of the District Clerk's Office (Appendix #10), no ruling was made contemporaneous with the submission date, and continuing to the present.

On December 20, 2017, Relators filed a First Amended Order Compelling Deposition Appearance, along with a filing letter (Appendix #7), bearing a date certain for the witness to appear for deposition, 30 days later.

On January 29, 2018, Relators filed a Second Amended Order Compelling Deposition Appearance, along with a filing letter (Appendix #8), bearing a date certain for the witness to appear for deposition, 18 days later.

2

On March 7, 2018, Relators filed a Third Amended Order Compelling Deposition Appearance, along with a filing letter (Appendix #9), bearing a date certain for the witness to appear for deposition, 35 days later. Still, there has been no ruling, per the Events summary page of the District Clerk's Office (Appendix #10) and the Affidavit of Evidence attached hereto from Relators' counsel.

**ARGUMENT**

When a Motion is properly filed and pending, a trial court's act of considering it and ruling on it is ministerial, and appellate courts may issue mandamus to compel the trial court judge to act. *City of Galveston v. Gray,* 93 S.W.3d 587, 592-93 (Tex. App. – Houston [14th] 2002, pet. denied), *In re Molina,* 94 S.W.3d 885 (Tex. App. – San Antonio 2003, no pet.).

In order to establish violation of a ministerial duty by a failure to rule, a Relator must show: (1) A Motion was properly filed, leading to a duty to rule, which Motion has been pending for a reasonable time; (2) A ruling has been requested; and (3) There has been a refusal to rule. *In re Sarkissian,* 243 S.W.3d 860 (Tex. App. – Waco 2008, no pet.), *In re Sepeda,* 143 S.W.3d 871 (Tex. App. – El Paso 2004, no pet.). Relator easily meets this burden.

Texas law holds that whether a reasonable time has elapsed before a judge may be compelled to act on a Motion is dependent on the circumstances of each

3

case. *In re Guetersloh,* 326 S.W.2d 737 (Tex. App. – Amarillo 2010, no pet.). Relators contend a reasonable time has elapsed, as the Motion itself was set for submission six (6) months before this Petition is filed (Appendix #5).

Relators have no adequate remedy at law, as the Motion in question is a post-judgment one that may not be appealed. *In re TDFPS,* 210 S.W.3d 609, 612 (Tex. 2006), *In re Prudential,* 148 S.W.3d 124, 135-36 (Tex. 2004).

Although an appellate court may compel a trial court to rule upon a motion, it does not require the judge to rule in a certain way. *In re Birdwell,* 224 S.W.3d 864 (Tex. App. – Waco 2007 no pet.). All that Relators request is *a ruling* rather than *no ruling.* Relators are permitted to conduct post-judgment discovery, per TEX. R. CIV. P. 621a. The Motion to Compel does not present any complex matter.

Relator has demonstrated hereinabove its entitlement to a Writ of Mandamus to compel the performance of a ministerial act or duty. *Walker v. Packer,* 827 S.W.2d 833, 839 (Tex. 1992).

## PRAYER

Relators pray that Respondent be ordered to rule upon the Motion to Compel Deposition Appearance and sign an Order reflecting its ruling.

4

## CERTIFICATION

Relators' undersigned counsel certifies that he has reviewed the foregoing Petition and concluded that every factual statement in the Petition is supported by competent evidence included in the Appendix and Affidavit of Evidence.

Respectfully submitted,

By:__/s/ Chris Cammack_____
    Christopher M. Cammack
    State Bar No. 03682100
    7324 Southwest Freeway, Suite 1446
    Houston, Texas 77074
    Ph. 713-960-1921/Fax 713-960-1922
    E-mail: cmc@cammack-law.com

ATTORNEY FOR RELATORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition for Writ of Mandamus has been served by certified mail, return receipt requested upon Respondent, Hon. Ursula A. Hall, 165th District Court, 201 Caroline, 12th Floor, Houston, Texas 77002 and Real Party In Interest, KIRBY CONSTRUCTION OF TEXAS, L.L.C. d/b/a UBUILDIT, c/o Registered Agent, Michael Maldonado, 5306 Carefree Drive, League City, Texas 77573 on May 24, 2018.

__/s/ Chris Cammack_____
Christopher M. Cammack

5

**CERTIFICATE OF COMPLIANCE WITH TRAP 9.4(i)**

I hereby certify that the foregoing Petition for Writ of Mandamus complies with the word count limitation in TRAP 9.4(i). The number of words used is 1,435 according to the computer program that I used to prepare the Petition.

__/s/ Chris Cammack_____
Christopher M. Cammack

# AFFIDAVIT OF EVIDENCE IN SUPPORT OF
# PETITION FOR WRIT OF MANDAMUS

STATE OF TEXAS                         )

COUNTY OF HARRIS               )

BEFORE ME, the undersigned authority, on this day personally appeared Christopher M. Cammack, who after being sworn upon his oath, testified:

"My name is Christopher M. Cammack. I am over 18 years of age, of sound mind, and am capable of making this Affidavit. The facts contained in this Affidavit are within my personal knowledge and are true and correct.

I am the attorney for Relators. Along with the Petition for Writ of Mandamus to which this Affidavit is attached, I have submitted 10 Appendices, all of which are true and correct copies of items on file with the Harris County, Texas District Clerk's Office in Case No. 2015-70244, in the 165th Judicial District Court of Harris County, Texas. The trial court has at no time ruled upon Relators' Motion to Compel Deposition Appearance of Michael Wayne Maldonado."

_Chris Cammack_
Christopher M. Cammack

SUBSCRIBED AND SWORN TO BEFORE ME on this 24 day of
May , 2018.

_[signature]_
Notary Public – State of Texas

STEPHANIE TO
Notary Public, State of Texas
Comm. Expires 01-17-2021
Notary ID 130965259

7

# APPENDIX

Final Judgment..................................................................App. #1

Deposition Subpoena, served on witness.........................................App. #2

Certificate of Non-Appearance...................................................App. #3

Plaintiffs' Motion to Compel Deposition Appearance..............................App. #4

Notice of Submission.............................................................App. #5

Order Compelling Deposition Appearance .........................................App. #6

First Amended  Order Compelling Deposition Appearance...........................App. #7

Second Amended  Order Compelling Deposition Appearance.........................App. #8

Third Amended  Order Compelling Deposition Appearance..........................App. #9

Summary of Events page, District Clerk's Office.................................App. #10

BRANDON SOCIE and §   IN THE DISTRICT COURT
ABRIL SOCIE §
*Plaintiff* §
§
VS. §   OF HARRIS COUNTY, TEXAS
§
SECURITY NATIONAL LIFE §
INSURANCE COMPANY, KIRBY §
CONSTRUCTION OF TEXAS LLC §
d/b/a UBUILDIT and TIMBER RIDGE §
CUSTOM HOMES §
*Defendants* §   165 JUDICIAL DISTRICT

## FINAL JUDGMENT

On this day came on to be heard Plaintiffs;, Brandon and Abril Socie (the  Socies)

Motion for Default Judgment, and the Court having considered same, is of the opinion the

Motion has merit and should be granted.

A judgment is hereby awarded against KIRBY CONSTRUCTION OF TEXAS LLC

d/b/a UBUILDIT in favor of Brandon and Abril Socie in the amount of

$118,457.60 in Actual damages, Attorney fees in the amount of

$10,000.00 , court costs in the amount of $312; _____ for

Additional damages under the DTPA, _____ for punitive

damages for fraud and post judgment interest at the rate of 5% on the total judgment amount of

$ _____

All post judgment orders, costs, and expenses of collection shall accrue and be awarded as

necessary.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

SIGNED this 30 day of March , 2016.  3/30/16

JUDGE PRESIDING

Unofficial Copy Office of Chris Daniel District Clerk

## THE STATE OF TEXAS

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON AUTHORIZED TO SERVE SUBPOENAS AS PROVIDED IN RULE 176.5 T.R.C.P.

**WITNESS SUBPOENA PURSUANT TO T.R.C.P. 176  IN CASE NO. 2015-70244**

| | | |
|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS  COUNTY, TEXAS |
| | § | |
| KIRBY CONSTRUCTION OF TEXAS, L.L.C. | § | |
| dba UBUILDIT | § | 165th  JUDICIAL  DISTRICT |

### YOU ARE HEREBY COMMANDED TO SUMMON:

<u>Michael Wayne Maldonado, 2216 Waters Edge Lane, League City, Texas 77573</u> and who is represented to reside within 150 miles of the following location, at the time of deposition in the above-styled lawsuit, to appear in the office of Christopher M. Cammack, Attorney at Law, 7324 Southwest Freeway, Suite 1446, Houston, Texas 77074 on July 28, 2017 at 10:00 a.m. to testify as a witness on behalf of the Plaintiff in the above-styled Civil Action, to attend from day to day until lawfully discharged. The witness is also commanded to bring to the deposition the documents described in Exhibit "A" attached hereto. Failure by any person without adequate excuse to obey a subpoena served may be deemed a contempt of the Court from which the subpoena is issued and may be punished by fine or confinement, or both. DO NOT FAIL to return this writ to said Court, showing the manner of execution.

WITNESS my official signature this __20__ day of ____June____, A.D., 2017.

*Chris Cammack*

Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Off. Ph. 713-960-1921/Fax 713-960-1922
Mobile: 713-870-6883
E-mail: cmcammack@pdq.net

Attorney for Plaintiff

1

# OFFICER'S RETURN

Came to hand the _____ day of _____, 2017, at _____ o'clock _____.M., and executed by

delivering a copy of this Subpoena to the within-named _____ person at

_____ in _____

County, Texas, on the _____ day of _____, 2017, at _____ o'clock, _____.M.,

and tendered to the witness a fee of $_____ in cash.

      Not executed as to the witness _____ for the following reasons:

---

**ACCEPTANCE OF SERVICE OF SUBPOENA**
**BY WITNESS PER RULE 176.5 T.R.C.P. OR**
**SUBPOENA BY WITNESS PER RULE 176.5 T.C.R.P.**

_____Sheriff/Constable

_____County, Texas

_____Deputy

**OR**

By_____
Person who is not a party and is
not less than 18 years of age.

I hereby accept service of the attached
Subpoena and will appear in said Court
on said date and time directed in this
subpoena.

          Per Rule 176.5 T.R.C.P.

_____
        WITNESS

          FEE: _____

_____
        DATE

Unofficial Copy Office of Chris Daniel District Clerk

2

# 165th District Court of HARRIS County, Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 2015-70244

**BRANDON SOCIE AND ABRIL SOCIE**

*Plaintiff*
**vs**
**KIRBY CONSTRUCTION OF TEXAS, L.L.C. DBA UBUILDIT**

*Defendant*

## AFFIDAVIT OF SERVICE

I, **GERALDINE KELLEY**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 06/22/17 8:08 am, instructing for same to be delivered upon Maldonado, Michael Wayne.

That I delivered to     : Maldonado, Michael Wayne.

the following           : WITNESS SUBPOENA

at this address         : 5306 Care Free Drive
                          LEAGUE CITY, Galveston County, TX 77573

Manner of Delivery      : By PERSONALLY delivering the document(s) to the person
                          above.

Delivered on            : Saturday June 24, 2017 1:14 pm

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true and correct.
EXECUTED BY:



_____
**GERALDINE KELLEY**
          Texas Certification#: SCH-727 Exp. 03/31/2019
On this day GERALDINE KELLEY appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this _26_ day of _June_ _2017_.

PCP Inv#: A17603830



_____
NOTARY PUBLIC

Unofficial Copy Office of Chris Daniel District Clerk

+ Service Fee: 100.00
  Witness Fee:  10.00
  Mileage Fee:    .00                    **E-FILE RETURN**

davidh        Cammack, Christopher M.



**AMANDA TERRY**
NOTARY PUBLIC
COMMISSION EXPIRES:
**08-29-2018**

## OFFICER'S RETURN

Came to hand the _23_ day of _JUNE_, 2017, at _900_ o'clock _A_.M., and executed by

delivering a copy of this Subpoena to the within-named _MICHAEL WAYNE_ _MALDONADO_ person at

_53036 CAREFREE DRIVE/LEAGUE CITY_ in _GALVESTON_

County, Texas, on the _24_ day of _JUNE_, 2017, at _114_ o'clock, _P_.M.,

and tendered to the witness a fee of $ _10.00_ in cash.

     Not executed as to the witness _____ for the following reasons:

---

**ACCEPTANCE OF SERVICE OF SUBPOENA**
**BY WITNESS PER RULE 176.5 T.R.C.P. OR**
**SUBPOENA BY WITNESS PER RULE 176.5 T.C.R.P.**

_____ Sheriff/Constable

_____ County, Texas

_____ Deputy

OR _Geraldine_

By _____
Person who is not a party and is
not less than 18 years of age.

I hereby accept service of the attached
Subpoena and will appear in said Court
on said date and time directed in this
subpoena.

_____
       WITNESS

Per Rule 176.5 T.R.C.P.

_6/24/2017_
      DATE

FEE: _____

Unofficial Copy Office of Chris Daniel District Clerk

2

CAUSE NO. 2015-70244

| | |
|---|---|
| BRANDON SOCIE and | ) IN THE DISTRICT COURT |
| ABRIL SOCIE | ) |
| | ) |
| v. | ) HARRIS COUNTY, TEXAS |
| | ) |
| KIRBY CONSTRUCTION OF TEXAS | ) |
| LLC, d/b/a UBUILDIT and | ) |
| TIMBER RIDGE CUSTOM HOMES, | ) |
| LLC | ) 165th JUDICIAL DISTRICT |

-----------------------------------

CERTIFICATE OF NONAPPEARANCE OF

MICHAEL WAYNE MALDONADO

July 28, 2017

-----------------------------------

.

Unofficial Copy Office of Chris Daniel District Clerk

APPEARANCES

FOR THE PLAINTIFF:

MR. CHRISTOPHER M. CAMMACK

Attorney At Law

7324 Southwest Freeway

Suite 1446

Houston, Texas 77074

(713) 960-1921

(713) 960-1922 fax

cmcammack@pdq.net

Unofficial Copy Office of Chris Daniel District Clerk

CERTIFICATE OF NONAPPEARANCE

I, Brenda A. Foster, a Certified Shorthand Reporter in and for the State of Texas, certify:

That I appeared at the law offices of Mr. Christopher M. Cammack, 7324 Southwest Freeway, Suite 1446, Houston, Texas 77074, on the 28th day of July, 2017, to report the deposition of MR. MICHAEL WAYNE MALDONADO pursuant to the Notice and Subpoena Duces Tecum, scheduled for 10 a.m.

That by 10:30 a.m., MR. MICHAEL WAYNE MALDONADO had not appeared for his deposition. Present for the deposition was:

Mr. Chrstopher M. Cammack, Counsel for the Plaintiff.

A statement was made by Mr. Cammack on the record, as follows: "It is Friday, July 28th, 2017, and the court reporter and I are seated in the conference room at 7324 Southwest Freeway, Suite 1446, Houston, Texas 77074. The time is 10:35 a.m. and Michael Wayne Maldonado's deposition was scheduled for 10:00 a.m. Mr. Maldonado is not present.

Mr. Maldonado was served with a deposition subpoena on June 24th, 2017, at 1:14 p.m. by a professional process service at the address of 5306 Carefree Drive, League City, Texas 77573. I am asking

Unofficial Copy Office of Chris Daniel District Clerk

the court reporter to execute a certificate of nonappearance and attach to it as Exhibit MWM 1 a copy of the deposition subpoena served upon Mr. Maldonado.

I also wish to incorporate on the record that I telephoned Mr. Maldonado and spoke with him person to person on July 27th, 2017 by calling his cell phone number of (830) 992-9466. Mr. Maldonado and I had a cordial telephone conversation, when he indicated that he would be present at today's deposition. However, inasmuch as it is now 10:36 a.m. on July 28th and Mr. Maldonado is still not present, I will now complete this certificate of nonappearance."

I further certify that I am neither employed nor related to any attorney or party in this matter and have no interest, financial or otherwise, in its outcome.

Given under my hand and seal of office on this the 2nd day of August, 2017.

Unofficial Copy Office of Chris Daniel District Clerk

_Brenda A. Foster / pm_

Brenda A. Foster, CSR #2470
Expiration 12/31/2018

Janice McKinney Court Reporting Service

1626 Park Street

Houston, TX 77019

713-528-5809

Firm Registration No. 293

NO. 2015-70244

| | | | |
|---|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE | DISTRICT COURT OF |
| | § | | |
| V. | § | HARRIS | COUNTY, TEXAS |
| | § | | |
| KIRBY CONSTRUCTION OF TEXAS, L.L.C. | § | | |
| d/b/a UBUILDIT | § | 165TH | JUDICIAL DISTRICT |

## PLAINTIFF'S MOTION TO COMPEL
## DEPOSITION APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BRANDON SOCIE and ABRIL SOCIE , Plaintiff in the above-styled cause, who moves for an Order requiring Defendant, MICHAEL WAYNE MALDONADO, to Appear at a Deposition in the above-styled cause,  showing unto the Court as follows:

1.      On or about June 24, 2017, Plaintiff served upon Defendant, MICHAEL WAYNE MALDONADO,  with a Deposition Subpoena, commanding him to appear for deposition and bring documents, on July 28, 2017. A true and correct copy of the deposition subpoena is attached hereto as Exhibit "A".

2.      Defendant did not appear for the June 28, 2017 deposition.   A Certificate of Non-Appearance was executed, a true and correct copy of which is attached as Exhibit "B".

3.      The information that would be elicited from deposition questions and documents subpoena'd is essential to Plaintiff's evaluation of  Defendant's ability to pay the Judgment entered against it in the above-styled cause.

4.      WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon  hearing of this Motion, the Court enter an Order compelling Defendant, MICHAEL WAYNE MALDONADO, to appear at a post-judgment deposition.

Unofficial Copy Office of Chris Daniel District Clerk

Respectfully submitted,

By: /s/ Chris Cammack
    Christopher M. Cammack
    State Bar No. 03682100
    7324 Southwest Freeway, Suite 1446
    Houston, Texas 77074
    Ph. 713-960-1961/Fax 713-960-1922
    E-mail: cmc@cammack-law.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have made efforts to resolve the foregoing discovery dispute with

MICHAEL WAYNE MALDONADO. I telephoned Mr. Maldonado about his deposition appearance

the day before it was to occur. Mr. Maldonado assured me that he would appear, but he did not

appear. No objection was raised by him as to the date, time or place. Thus my efforts to avoid filing

a Motion to Compel Deposition Appearance failed.

/s/ Chris Cammack
Christopher M. Cammack

Unofficial Copy Office of Chris Daniel District Clerk

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Motion to Compel Deposition Appearance has been mailed by certified mail, return receipt requested and first class U.S. mail to Defendant, MICHAEL WAYNE MALDONADO, 5306 Carefree Drive, League City, Texas 77537 on _November 15_, 2017.

Christopher M. Cammack

Unofficial Copy Office of Chris Daniel District Clerk

11/15/2017 1:23:40 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 20735702
By: DANIELS, BRISTALYN D
Filed: 11/15/2017 1:23:40 PM

NO. 2015-70244

| | | |
|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| KIRBY CONSTRUCTION OF TEXAS, L.L.C. | § | |
| d/b/a UBUILDIT | § | 165TH JUDICIAL DISTRICT |

## NOTICE OF SUBMISSION

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that on November 27, 2017 at 8:00 a.m., Plaintiff's Motion to Compel Deposition Appearance will be submitted to the Honorable Judge of the 165th Judicial District Court of Harris County, Texas for a ruling, without the necessity of an oral hearing.

Respectfully submitted,

_/s/ Chris Cammack_____
Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Telephone: 713-960-1921
Telecopier: 713-960-1922
E-mail: cmc@cammack-law.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing Notice of Submission has been served by certified mail, return receipt requested and first class U.S. mail upon Michael Wayne Maldonado, 5306 Carefree Drive, League City, Texas 77537 on ___November 15___, 2017.

_/s/ Chris Cammack_____
Christopher M. Cammack

11/15/2017 1:23:40 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 20735702
By: DANIELS, BRISTALYN D
Filed: 11/15/2017 1:23:40 PM

NO. 2015-70244

| | | |
|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| KIRBY CONSTRUCTION OF TEXAS, L.L.C. | § | |
| d/b/a UBUILDIT | § | 165TH JUDICIAL DISTRICT |

## ORDER COMPELLING DEPOSITION APPEARANCE

On this day, came on for submission Plaintiff's Motion to Compel Appearance against

Defendant, MICHAEL WAYNE MALDONADO. The Court, upon reviewing Plaintiff's Motion

and after considering its grounds, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Deposition Appearance

is granted and that Defendant, MICHAEL WAYNE MALDONADO shall appear in the office of

Plaintiff's counsel, Christopher M. Cammack, at 7324 Southwest Freeway, Suite 1446, Houston,

Texas 77074, and give deposition testimony on December 14, 2017 at 10:00 a.m., as well as

produce all documents described on Exhibit "A" attached hereto to Plaintiff's counsel on or before

the same date and time.

SIGNED on this _____ day of _____, 2017.

_____

JUDGE PRESIDING

APPROVED AS TO FORM:

_Illin Cammack_
Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Ph. 713-960-1921/Fax713-960-1922
E-mail: cmc@cammack-law.com

ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Order Compelling Deposition Appearance has been mailed by certified mail, return receipt requested and first class U.S. mail upon MICHAEL WAYNE MALDONADO, 5306 Carefree Drive, League City, Texas 77537 on _November 15_, 2017.

Christopher M. Cammack

Unofficial Copy Office of Chris Daniel District Clerk

2

## EXHIBIT "A":    SUBPOENA DUCES TECUM

1.  Federal income tax returns of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2013, 2014, 2015 and 2016;

2.  The general ledger of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2014, 2015, 2016 and 2017;

3.  Copies of any deeds and deeds of trust or other instruments evidencing an interest in real property of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. including but not limited to any oil and gas leases, farmout agreements, or rights to receive royalties;

4.  Copies of certificates of title and current license receipts to any mobile homes, vehicles and/or motor vehicles, including but not limited to any boats, cars, vans, forklifts and/or trucks owned by of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2014, 2015, 2016 and 2017;

5.  Copies of all documents evidencing any transfers of both real and personal property by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2014, 2015, 2016 and 2017, including but not limited to bills of sales, copies of checks received, cash receipts, purchase/sale agreements, deeds conveyed, and/or title transferred;

6.  All documents evidencing ownership or interest in personal property valued over $250.00, including any certificates of title or purchase receipts to said property;

7.  All business records, balance sheets, inventory lists, income statements, and financial statements of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2014, 2015, 2016 and 2017;

8.  List of all security agreements to which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has been a party covering all the months in 2014, 2015, 2016 and 2017;

9.  The most recently enacted Company Agreement of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C.    and all Exhibits, Amendments, and Supplements thereto;

10. Copy of all documents showing a right to payment, accounts receivable, or

3

representing a debt owed to KIRBY CONSTRUCTION OF TEXAS, L.L.C. and to TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all the months in 2014, 2015, 2016 and 2017;

11. Copy of all certificates of deposit, stocks, stock certificates, government bonds, securities or other negotiable instruments held, pledged, or owned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. or in which it has an interest, including, but not limited to, an equitable interest;

12. Any booklets and current statements of account in any stock options or retirement, pension, profit-sharing, employee stock ownership, Keogh, or individual retirement plans in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. claims an interest;

13. Copies of all civil Judgments against KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. which remain unpaid covering the last 10 years;

14. Any certificates of stock or brokerage house statements evidencing any ownership of any securities in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. now claims or have claimed an interest during the past two (2) years;

15. All contracts executed between KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and any other party that would reflect revenue currently being earned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. during the year 2017;

16. Any rights of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. to purchase stock in any corporation, including stock certificates relating to any stock option, stock, bonus, or employee stock ownership or purchase plan, past or present;

17. All documents evidencing any ownership interest of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. in any patent or copyright;

18. Any lease involving KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. whether lessor or lessee, in any realty or personalty;

4

Unofficial Copy Office of Chris Daniel District Clerk

19. All checking account and savings account statements of any kind, together with all cancelled checks for any type of bank account which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has access to in any capacity, covering all months in 2016 and 2017;

20. All minutes of meetings of the members and/or managers of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and resolutions made, covering 2014, 2015, 2016 and 2017;

21. All inventories of equipment, machinery, raw materials, furniture and fixtures of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2014, 2015, 2016 and 2017;

22. All payroll records and member/manager compensation records of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2014, 2015, 2016 and 2017;

23. All documents evidencing any bulk transfer of assets from KIRBY CONSTRUCTION OF TEXAS, L.L.C. to TIMBER RIDGE CUSTOM HOMES, L.L.C. and consideration paid for such bulk transfer.

Unofficial Copy Office of Chris Daniel District Clerk

5

12/20/2017 3:54:09 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 21416837
By: DANIELS, BRISTALYN D
Filed: 12/20/2017 3:54:09 PM

**CHRISTOPHER M. CAMMACK**

Attorney at Law

Mobile: 713-870-6883

E-mail: cmc@cammack-law.com

**7324 Southwest Freeway, Suite 1446**
**Houston, Texas  77074**

Phone: 713-960-1921

Fax: 713-960-1922

December 20, 2017

Clerks, 165th District Court
Via Tex File, E-Filing

    Re:    Case No. 2015-70244;  *Socie  v. Kirby Construction Et Al.*

Dear Madam:

    With this letter, I am e-filing a First Amended Order Compelling Deposition Appearance. This Order pertains to Plaintiff's Motion to Compel Deposition Appearance of Michael Wayne Maldonado filed on November 17, 2017 in the above-styled cause, which had been set on the November 27, 2017 submission docket.

    The initial Order submitted with the above-described Motion contained a deposition date that has now passed.   Hence, the First Amended Order now being filed has a deposition date in it of January 19, 2017.   I am hopeful the court may rule on the Motion before the end of this month.

    As always, thank you for your courtesy and assistance.

        Very truly yours,

        Christopher M. Cammack
        Attorney for Plaintiff/Judgment Creditor

CMC/st
Enclosure
xc:   Michael Wayne Maldonado
     Via CM # 7017 1070 0000 9559 1594
     Via RR # 9590 9402 3028 7124 0433 83

Unofficial Copy Office of Chris Daniel District Clerk

NO. 2015-70244

| | | |
|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| KIRBY CONSTRUCTION OF TEXAS, L.L.C. | § | |
| d/b/a UBUILDIT | § | 165TH JUDICIAL DISTRICT |

## FIRST AMENDED ORDER COMPELLING DEPOSITION APPEARANCE

On this day, came on for submission Plaintiff's Motion to Compel Appearance against

Defendant, MICHAEL WAYNE MALDONADO. The Court, upon reviewing Plaintiff's Motion

and after considering its grounds, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel Deposition Appearance

is granted and that Defendant, MICHAEL WAYNE MALDONADO shall appear in the office of

Plaintiff's counsel, Christopher M. Cammack, at 7324 Southwest Freeway, Suite 1446, Houston,

Texas 77074, and give deposition testimony on January 19, 2018 at 10:00 a.m., as well as produce

all documents described on Exhibit "A" attached hereto to Plaintiff's counsel on or before the same

date and time.

SIGNED on this _____ day of _____, 2017.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_Chris Cammack_

Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Ph. 713-960-1921/Fax713-960-1922
E-mail: cmc@cammack-law.com

ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Order Compelling Deposition Appearance has been mailed by certified mail, return receipt requested and first class U.S. mail upon MICHAEL WAYNE MALDONADO, 5306 Carefree Drive, League City, Texas 77537 on ____December 20____, 2017.

Christopher M. Cammack

Unofficial Copy Office of Chris Daniel District Clerk

# EXHIBIT "A":   SUBPOENA DUCES TECUM

1. Federal income tax returns of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2013, 2014, 2015 and 2016;

2. The general ledger of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2014, 2015, 2016 and 2017;

3. Copies of any deeds and deeds of trust or other instruments evidencing an interest in real property of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. including but not limited to any oil and gas leases, farmout agreements, or rights to receive royalties;

4. Copies of certificates of title and current license receipts to any mobile homes, vehicles and/or motor vehicles, including but not limited to any boats, cars, vans, forklifts and/or trucks owned by of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2014, 2015, 2016 and 2017;

5. Copies of all documents evidencing any transfers of both real and personal property by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2014, 2015, 2016 and 2017, including but not limited to bills of sales, copies of checks received, cash receipts, purchase/sale agreements, deeds conveyed, and/or title transferred;

6. All documents evidencing ownership or interest in personal property valued over $250.00, including any certificates of title or purchase receipts to said property;

7. All business records, balance sheets, inventory lists, income statements, and financial statements of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2014, 2015, 2016 and 2017;

8. List of all security agreements to which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has been a party covering all the months in 2014, 2015, 2016 and 2017;

9. The most recently enacted Company Agreement of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. and all Exhibits, Amendments, and Supplements thereto;

10. Copy of all documents showing a right to payment, accounts receivable, or

3

representing a debt owed to KIRBY CONSTRUCTION OF TEXAS, L.L.C. and to TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all the months in 2014, 2015, 2016 and 2017;

11. Copy of all certificates of deposit, stocks, stock certificates, government bonds, securities or other negotiable instruments held, pledged, or owned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. or in which it has an interest, including, but not limited to, an equitable interest;

12. Any booklets and current statements of account in any stock options or retirement, pension, profit-sharing, employee stock ownership, Keogh, or individual retirement plans in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. claims an interest;

13. Copies of all civil Judgments against KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. which remain unpaid covering the last 10 years;

14. Any certificates of stock or brokerage house statements evidencing any ownership of any securities in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. now claims or have claimed an interest during the past two (2) years;

15. All contracts executed between KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and any other party that would reflect revenue currently being earned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. during the year 2017;

16. Any rights of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. to purchase stock in any corporation, including stock certificates relating to any stock option, stock, bonus, or employee stock ownership or purchase plan, past or present;

17. All documents evidencing any ownership interest of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. in any patent or copyright;

18. Any lease involving KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. whether lessor or lessee, in any realty or personalty;

4

19. All checking account and savings account statements of any kind, together with all cancelled checks for any type of bank account which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has access to in any capacity, covering all months in 2016 and 2017;

20. All minutes of meetings of the members and/or managers of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and resolutions made, covering 2014, 2015, 2016 and 2017;

21. All inventories of equipment, machinery, raw materials, furniture and fixtures of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2014, 2015, 2016 and 2017;

22. All payroll records and member/manager compensation records of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2014, 2015, 2016 and 2017;

23. All documents evidencing any bulk transfer of assets from KIRBY CONSTRUCTION OF TEXAS, L.L.C. to TIMBER RIDGE CUSTOM HOMES, L.L.C. and consideration paid for such bulk transfer.

Unofficial Copy Office of Chris Daniel District Clerk

5

1/29/2018 6:35:15 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 22146852
By: DANIELS, BRISTALYN D
Filed: 1/29/2018 6:35:15 PM

**CHRISTOPHER M. CAMMACK**

Attorney at Law

Mobile: 713-870-6883

E-mail: cmc@cammack-law.com

**7324 Southwest Freeway, Suite 1446**
**Houston, Texas 77074**

Phone: 713-960-1921

Fax: 713-960-1922

January 29, 2018

Clerks, 165th District Court
Via Tex File, E-Filing

Re:    Case No. 2015-70244;  *Socie  v. Kirby Construction Et Al.*

Dear Madam:

    With this letter, I am e-filing a Second Amended Order Compelling Deposition Appearance. This Order pertains to Plaintiff's Motion to Compel Deposition Appearance of Michael Wayne Maldonado filed on November 17, 2017 in the above-styled cause, which had been set on the November 27, 2017 submission docket.

    The initial Order, and First Amended Order, submitted with the above-described Motion each contained a deposition date that has now passed. Hence, the Second Amended Order now being filed has a deposition date in it of February 16, 2018.   I am hopeful the court may rule on the Motion before the end of this business week.

    As always, thank you for your courtesy and assistance.

                                Very truly yours,

                                Christopher M. Cammack
                                Attorney for Plaintiff/Judgment Creditor

CMC/st
Enclosure
xc:   Michael Wayne Maldonado
      Via CM # 7017 1070 0000 9559 1693
      Via RR # 9590 9402 3028 7124 0433 45

NO. 2015-70244

| | | |
|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| KIRBY CONSTRUCTION OF TEXAS, | § | |
| L.L.C. d/b/a UBUILDIT | § | 165th JUDICIAL DISTRICT |

**SECOND AMENDED ORDER COMPELLING DEPOSITION APPEARANCE**

On this day, came on for submission Plaintiff s Motion to Compel Appearance against

Defendant, MICHAEL WAYNE MALDONADO. The Court, upon reviewing Plaintiff s Motion

and after considering its grounds, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff s Motion to Compel Deposition Appearance

is granted and that Defendant, MICHAEL WAYNE MALDONADO shall appear in the office of

Plaintiff s counsel, Christopher M. Cammack, at 7324 Southwest Freeway, Suite 1446, Houston,

Texas 77074, and give deposition testimony on February 16, 2018 at 10:00 a.m., as well as produce

all documents described on Exhibit "A" attached hereto to Plaintiff s counsel on or before the same

date and time.

SIGNED on this_____day of_____, 2017.


_____
JUDGE PRESIDING

APPROVED AS TO FORM:

*Chris Cammack*

Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Ph. 713-960-1921/Fax713-960-1922
E-mail: cmc@cammack-law.com

ATTORNEY FOR PLAINTIFF

1

## EXHIBIT "A":   SUBPOENA DUCES TECUM

1.  Federal income tax returns of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2014, 2015, 2016 and 2017;

2.  The general ledger of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2015, 2016, 2017 and 2018;

3.  Copies of any deeds and deeds of trust or other instruments evidencing an interest in real property of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. including but not limited to any oil and gas leases, farmout agreements, or rights to receive royalties;

4.  Copies of certificates of title and current license receipts to any mobile homes, vehicles and/or motor vehicles, including but not limited to any boats, cars, vans, forklifts and/or trucks owned by of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2015, 2016, 2017 and 2018;

5.  Copies of all documents evidencing any transfers of both real and personal property by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2015, 2016, 2017 and 2018, including but not limited to bills of sales, copies of checks received, cash  receipts, purchase/sale agreements, deeds conveyed, and/or title transferred;

6.  All documents evidencing ownership or interest in personal property valued over $250.00, including any certificates of title or purchase receipts to said property;

7.  All business records, balance sheets, inventory lists, income statements, and financial statements of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2015, 2016, 2017 and 2018;

8.  List of all security agreements to which  KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has been a party covering all the months in 2015, 2016,  2017 and 2018;

9.  The most recently enacted Company Agreement of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. and all Exhibits, Amendments, and Supplements thereto;

10. Copy of all documents showing a right to payment, accounts receivable, or

2

representing a debt owed to KIRBY CONSTRUCTION OF TEXAS, L.L.C. and to TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all the months in 2015, 2016, 2017 and 2018;

11. Copy of all certificates of deposit, stocks, stock certificates, government bonds, securities or other negotiable instruments held, pledged, or owned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. or in which it has an interest, including, but not limited to, an equitable interest;

12. Any booklets and current statements of account in any stock options or retirement, pension, profit-sharing, employee stock ownership, Keogh, or individual retirement plans in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. claims an interest;

13. Copies of all civil Judgments against KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. which remain unpaid covering the last 10 years;

14. Any certificates of stock or brokerage house statements evidencing any ownership of any securities in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. now claims or have claimed an interest during the past two (2) years;

15. All contracts executed between KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and any other party that would reflect revenue currently being earned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. during the year 2018;

16. Any rights of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. to purchase stock in any corporation, including stock certificates relating to any stock option, stock, bonus, or employee stock ownership or purchase plan, past or present;

17. All documents evidencing any ownership interest of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. in any patent or copyright;

18. Any lease involving KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. whether lessor or lessee, in any realty or personalty;

3

19. All checking account and savings account statements of any kind, together with all cancelled checks for any type of bank account which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has access to in any capacity, covering all months in 2017 and 2018;

20. All minutes of meetings of the members and/or managers of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and resolutions made, covering 2015, 2016, 2017 and 2018;

21. All inventories of equipment, machinery, r a w m a t e r i a l s , furniture and fixtures of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2015, 2016, 2017 and 2018;

22. All payroll records and member/manager compensation records of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2015, 2016, 2017 and 2018;

23. All documents evidencing any bulk transfer of assets from KIRBY CONSTRUCTION OF TEXAS, L.L.C. to TIMBER RIDGE CUSTOM HOMES, L.L.C. and consideration paid for such bulk transfer.

Unofficial Copy Office of Chris Daniel District Clerk

4

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Order Compelling Deposition Appearance has been mailed by certified mail, return receipt requested and first class U.S. mail upon MICHAEL WAYNE MALDONADO, 5306 Carefree Drive, League City, Texas and has been served by e-mail, through Tex-File, to all attorneys of record on January 29, 2018.

Christopher M. Cammack

5

**CHRISTOPHER M. CAMMACK**
Attorney at Law

Mobile: 713-870-6883
E-mail: cmc@cammack-law.com

**7324 Southwest Freeway, Suite 1446**
**Houston, Texas 77074**

Phone: 713-960-1921
Fax: 713-960-1922

March 7, 2018

Clerks, 165th District Court
Attn: Ms. Shelly Boone
Via Tex File, E-Filing

Re: Case No. 2015-70244; *Socie v. Kirby Construction Et Al.*

Dear Madam:

With this letter, I am e-filing a Third Amended Order Compelling Deposition Appearance. This Order pertains to Plaintiff's Motion to Compel Deposition Appearance of Michael Wayne Maldonado filed on November 17, 2017 in the above-styled cause, which had been set on the November 27, 2017 submission docket.

The initial Order, a First Amended Order, and a Second Amended Order submitted with the above-described Motion each contained a deposition date that has now passed. Hence, the Third Amended Order now being filed has a deposition date in it of April 11, 2018. I am hopeful the court may rule on the Motion before the end of this business week.

As always, thank you for your courtesy and assistance.

Very truly yours,

Christopher M. Cammack
Attorney for Plaintiff/Judgment Creditor

CMC/st
Enclosure
xc: Michael Wayne Maldonado
Via 1st class mail

3/7/2018 10:07:22 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 22995625
By: DANIELS, BRISTALYN D
Filed: 3/7/2018 10:07:22 AM

NO. 2015-70244

| | | |
|---|---|---|
| BRANDON SOCIE and ABRIL SOCIE | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| KIRBY CONSTRUCTION OF TEXAS, | § | |
| L.L.C. d/b/a UBUILDIT | § | 165th JUDICIAL DISTRICT |

## THIRD AMENDED ORDER COMPELLING DEPOSITION APPEARANCE

On this day, came on for submission Plaintiff s Motion to Compel Appearance against Defendant, MICHAEL WAYNE MALDONADO. The Court, upon reviewing Plaintiff s Motion and after considering its grounds, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff s Motion to Compel Deposition Appearance is granted and that Defendant, MICHAEL WAYNE MALDONADO shall appear in the office of Plaintiff s counsel, Christopher M. Cammack, at 7324 Southwest Freeway, Suite 1446, Houston, Texas 77074, and give deposition testimony on April 11, 2018 at 10:00 a.m., as well as produce all documents described on Exhibit "A" attached hereto to Plaintiff s counsel on or before the same date and time.

SIGNED on this_____day of_____, 2017.


_____
JUDGE PRESIDING

APPROVED AS TO FORM:

*Chris Cammack*
Christopher M. Cammack
State Bar No. 03682100
7324 Southwest Freeway, Suite 1446
Houston, Texas 77074
Ph. 713-960-1921/Fax 713-960-1922
E-mail: cmc@cammack-law.com

ATTORNEY FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Order Compelling Deposition Appearance has been mailed by certified mail, return receipt requested and first class U.S. mail upon MICHAEL WAYNE MALDONADO, 5306 Carefree Drive, League City, Texas and has been served by e-mail, through Tex-File, to all attorneys of record on March 7, 2018.

Christopher M. Cammack

3

**EXHIBIT "A": SUBPOENA DUCES TECUM**

1. Federal income tax returns of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2014, 2015, 2016 and 2017;

2. The general ledger of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. for the years 2015, 2016, 2017 and 2018;

3. Copies of any deeds and deeds of trust or other instruments evidencing an interest in real property of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. including but not limited to any oil and gas leases, farmout agreements, or rights to receive royalties;

4. Copies of certificates of title and current license receipts to any mobile homes, vehicles and/or motor vehicles, including but not limited to any boats, cars, vans, forklifts and/or trucks owned by of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2015, 2016, 2017 and 2018;

5. Copies of all documents evidencing any transfers of both real and personal property by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2015, 2016, 2017 and 2018, including but not limited to bills of sales, copies of checks received, cash receipts, purchase/sale agreements, deeds conveyed, and/or title transferred;

6. All documents evidencing ownership or interest in personal property valued over $250.00, including any certificates of title or purchase receipts to said property;

7. All business records, balance sheets, inventory lists, income statements, and financial statements of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. during 2015, 2016, 2017 and 2018;

8. List of all security agreements to which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has been a party covering all the months in 2015, 2016, 2017 and 2018;

9. The most recently enacted Company Agreement of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. and all Exhibits, Amendments, and Supplements thereto;

10. Copy of all documents showing a right to payment, accounts receivable, or

4

representing a debt owed to KIRBY CONSTRUCTION OF TEXAS, L.L.C. and to TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all the months in 2015, 2016, 2017 and 2018;

11. Copy of all certificates of deposit, stocks, stock certificates, government bonds, securities or other negotiable instruments held, pledged, or owned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. or in which it has an interest, including, but not limited to, an equitable interest;

12. Any booklets and current statements of account in any stock options or retirement, pension, profit-sharing, employee stock ownership, Keogh, or individual retirement plans in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. claims an interest;

13. Copies of all civil Judgments against KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. which remain unpaid covering the last 10 years;

14. Any certificates of stock or brokerage house statements evidencing any ownership of any securities in which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. now claims or have claimed an interest during the past two (2) years;

15. All contracts executed between KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and any other party that would reflect revenue currently being earned by KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. during the year 2018;

16. Any rights of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. to purchase stock in any corporation, including stock certificates relating to any stock option, stock, bonus, or employee stock ownership or purchase plan, past or present;

17. All documents evidencing any ownership interest of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and of TIMBER RIDGE CUSTOM HOMES, L.L.C. in any patent or copyright;

18. Any lease involving KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. whether lessor or lessee, in any realty or personalty;

Unofficial Copy Office of Chris Daniel District Clerk

5

19. All checking account and savings account statements of any kind, together with all cancelled checks for any type of bank account which KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. has access to in any capacity, covering all months in 2017 and 2018;

20. All minutes of meetings of the members and/or managers of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. and resolutions made, covering 2015, 2016, 2017 and 2018;

21. All inventories of equipment, machinery, r a w m a t e r i a l s , furniture and fixtures of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2015, 2016, 2017 and 2018;

22. All payroll records and member/manager compensation records of KIRBY CONSTRUCTION OF TEXAS, L.L.C. and TIMBER RIDGE CUSTOM HOMES, L.L.C. covering all of 2015, 2016, 2017 and 2018;

23. All documents evidencing any bulk transfer of assets from KIRBY CONSTRUCTION OF TEXAS, L.L.C. to TIMBER RIDGE CUSTOM HOMES, L.L.C. and consideration paid for such bulk transfer.

Unofficial Copy Office of Chris Daniel District Clerk

6

**HCDistrictclerk.com**     SOCIE, BRANDON vs. SECURITY NATIONAL LIFE          5/23/2018
INSURANCE COMPANY
Cause: 201570244          CDI: 7     Court: 165

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 3/30/2016 | ORDER SIGNED AWARDING ATTORNEY FEES | 3/30/2016 | | 2 | | | |
| 3/30/2016 | DEFAULT JUDGMENT SIGNED | 3/30/2016 | | 2 | | | |
| 3/30/2016 | DEFENDANT COSTS | | | 0 | | | |
| 12/22/2015 | PARTIAL DISMISSAL ON PLAINTIFF'S MOTION | 12/22/2015 | | 3 | | | |
| 12/21/2015 | DESIGNATED TRIAL READY | | | 0 | | | |
| 12/7/2015 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | CUNNINGHAM, JOHN C. | SOCIE, BRANDON |
| 12/7/2015 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | CUNNINGHAM, JOHN C. | SOCIE, ABRIL |
| 12/2/2015 | ANSWER | | | 0 | | LEWIS, JEFFRY BECKER | SECURITY NATIONAL LIFE INSURANCE COMPANY C/O C T |
| 11/25/2015 | ORDER SETTING BOND SIGNED | 11/25/2015 | | 2 | | | |
| 11/25/2015 | MOTION FOR TEMPORARY RESTRAINING ORDER GRANTED | | | 0 | | | |
| 11/25/2015 | ORDER SIGNED GRANTING TEMPORARY RESTRAINING ORDER | 11/25/2015 | | 2 | | | |
| 11/25/2015 | APPEARANCE ON TEMPORARY INJ OR TEMPORARY RESTRAINING ORD | | | 0 | | | |
| 11/25/2015 | ORDER SIGNED SETTING HEARING | 11/25/2015 | | 2 | | | |
| 11/23/2015 | ORIGINAL PETITION | | | 0 | | CUNNINGHAM, JOHN C. | SOCIE, ABRIL |
| 11/23/2015 | ORIGINAL PETITION | | | 0 | | CUNNINGHAM, JOHN C. | SOCIE, BRANDON |

**Local Rule Notice of and Assignment
of Related Case in Original Proceedings**
[sample; file with petition in original proceeding]

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

G     None

G     Caption:         _____ NONE_____

Trial court
case number:          _____N/A_____

Appellate court
case number:          _____N/A_____


___/s/ Chris Cammack_____
[Signature of certifying attorney or pro se party]


__May 24, 2018_____
[Date]


**Note:** See Local Rules for the definitions of Аunderlying case,@ Аrelated,@ and Аpreviously filed.@